ACCEPTED
12-15-00077-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/28/2015 4:39:05 PM
CATHY LUSK
CLERK

## NO. 12-15-00077-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| **VS.** | § | **TWELFTH COURT** | 5/28/2015 4:39:05 PM<br>CATHY S. LUSK<br>Clerk |
| | § | | |
| **ROXANNE YVETTE DAVIS** | § | **OF APPEALS** | |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Roxanne Yvette Davis, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 241st Judicial District Court of Smith County, Texas.

2. The case below was styled the <u>STATE OF TEXAS vs. Roxanne Yvette Davis</u>, and numbered 241-1149-14.

3. Appellant was convicted of Theft- Enhanced.

4. Appellant was assessed a sentence of 16 months State Jail Division-TDC on Febraury 26, 2015.

5. Notice of appeal was given on March 27, 2015.

6. The clerk's record was filed on April 30, 2015; the reporter's record was filed on May 5, 2015.

7. The appellate brief is presently due on June 4, 2015.

8. Appellant requests an extension of time of 30 days from the present date, i.e. July 3, 2015. Appellant is aware that the Court has specified that only one extension will be considered in this matter.

9. No extension to file the brief has yet been filed by Appellant in this cause.

10. Defendant is currently free on bond.

11. Appellant relies on the following facts as good cause for the requested extension:

The Reporter's record was filed in this matter on May 5, 2015, twenty two days in advance of the deadline set by the Court of May 27, 2015. Counsel for Defendant was on a pre-planned and pre-paid family vacation out of state from May 7-18, 2015. Upon return, among other settings, Counsel was engaged in preparation for a Motion for New Trial hearing in Cause No. 43,645-B; State v. Coby Ray Hudgins; In the 124th District Court of Gregg County, Texas wherein the Defendant was convicted of Murder and sentenced to 99 years T.D.C. That hearing commenced on May 22, 2015. Issues arose during the hearing, which was slated for several hours of evidence, and that hearing is now set to be completed on June

1, 2015. The conclusion of that hearing is expected to last at least half a day. Counsel is also a contractual indigent defense attorney in the County Court at Law No. 1 of Gregg County. Counsel has several misdemeanor cases set for trial on June 8, 2015. Among the cases currently set, Cause Nos. 2015-0373 and 2015-0383; State v. Monica Adair; Cause No. 2014-2428; State v. Cordero Kindrell Richardson; and Cause No. 2014-2747; State v. Rochelle Schelling are in trial position for jury selection on June 8, 2015. Counsel will need time the week of June 1, 2015 to prepare for these trial settings to effectively defend his clients in those proceedings. Counsel understands based on previous communication from the Court that this matter will only be considered for one 30 day extension. The granting of such an extension will allow Counsel adequate time to finalize his briefing in this matter as his schedule is much more open in mid June. Based on the foregoing scheduling conflicts, counsel respectfully requests that the court allow him one 30 day extension of time to file the appellant's brief in this matter.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

J. Brandt Thorson, PLLC
606 E. Methvin Street
P.O. Box 3768
Longview, Texas 75606
Tel: (903) 758-4878
Fax: (903) 212-3038

By: _____
J. Brandt Thorson
State Bar No. 24043958
jbt@jbtfirm.com
Attorney for Roxanne Yvette Davis

## CERTIFICATE OF SERVICE

This is to certify that on May 28, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Smith County, Matt Bingham, by electronic service through the Electronic Filing Manager.

_____
J. Brandt Thorson

**STATE OF TEXAS** §
§
**COUNTY OF GREGG** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared J. Brandt Thorson, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
J. Brandt Thorson
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 28, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



LESLIE BETHUNE
Notary Public, State of Texas
My Commission Expires
April 10, 2018